IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-cv-00569-BL |
| | ) | |
| EAST ALABAMA MEDICAL | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On July 23, 2026, the Magistrate Judge recommended that the court grant summary judgment in favor of Defendants East Alabama Medical Center and David G. Holmes. (Doc. 74). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on August 6, 2026. (Doc. 74). To date, no objections have been filed.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Recommendation of the Magistrate Judge (doc. 74) is **ADOPTED**.

2. The Defendants' Motion for Summary Judgment (doc. 67) is **GRANTED**.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 13th day of August, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE